**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO: C-1-00-468 |
| vs. | ) |
| | ) |
| **ROGER F. STEADMAN, JR.,** | ) JUDGE SPIEGEL |
| aka **ROGER FATE STEADMAN,** | ) MAGISTRATE JUDGE HOGAN |
| SSN: XXX-XX-8429 | ) |
| **Defendant,** | ) |
| | ) |
| and | ) |
| | ) |
| **Spectrum Enteriors** | ) |
| | ) |
| **Garnishee.** | ) |

### APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

Now comes the United States of America by its representative the United States Attorney for the Southern District of Ohio and for its cause of action alleges:

1. Plaintiff, United States of America, pursuant to Title 28 U.S.C. §3205 (b)(1), requests the issuance of a Writ of Continuing Garnishment against certain property of the Defendant, Roger F. Steadman, Jr., also referred to as "debtor" or "judgment debtor" which is (or may become) in the possession, custody or control of Spectrum Enteriors, Garnishee herein, for satisfaction of the monies owed by said Defendant, to the United States of America upon the judgment entered against the Defendant in the above-captioned case.

2. This debt arises from the September 12, 2000 judgment entered in favor of the Plaintiff against Defendant in Action No. C-1-00-468. The amount of said judgment debt that remains unpaid and due and owing is: $9,815.41 ($9,776.96 principal and $38.45 interest) as of October 5, 2005, with additional interest accruing thereafter at the rate of 6.241 percent per annum. Plaintiff further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent (10%) of the amount

of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

    3.    Defendant's last known address is:  1219 Ross Ave., Cincinnati, OH  45205.

    4.    Not less than 30 days has elapsed since demand for payment of the above stated debt was made upon debtor.  The last demand notice for payment was August 10, 2005.  Since that time the judgment debtor has failed to pay the amount due.

    5.    The Garnishee is believed to have possession of property (including but not limited to nonexempt disposable earnings), in which the judgment debtor has a substantial nonexempt interest, and will owe the money or property to the judgment debtor.

    6.    The name and address of the Garnishee or its authorized agent is:

> Spectrum Enteriors
> P.O. Box 17653
> Erlanger, KY 41017

The requirements of Title 28 U.S.C. § 3205 (b) having been satisfied, Plaintiff, United States of America hereby requests the issuance of a Writ of Continuing Garnishment.

> Respectfully submitted,
>
> GREGORY G. LOCKHART
> United States Attorney
>
> s/Deborah F. Sander
> DEBORAH F. SANDERS (0043575)
> Assistant United States Attorney
> Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio  43215-2401
> (614) 469-5715

## CERTIFICATE OF SERVICE

      A true copy of the above and foregoing Application For Writ Of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 6th day of October, 2005 to:

Roger F. Steadman, Jr.
1219 Ross Ave.
Cincinnati, OH  45205

Spectrum Enteriors
Attn: Human Resources
P.O. Box 17653
Erlanger, KY  41017

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney

N:\_ECF Workload\DSanders\steadman, roger GARN.wpd