**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>        **Plaintiff** | )<br>)<br>) **CASE NO:  C-1-00-468**<br>) |
|             **vs.** | )<br>) |
| **ROGER F. STEADMAN, JR.,**<br>aka **ROGER FATE STEADMAN,**<br>SSN: XXX-XX-8429<br>        **Defendant,** | )  **JUDGE SPIEGEL**<br>) **MAGISTRATE JUDGE HOGAN**<br>)<br>)<br>) |
|           **and** | )<br>) |
| **Spectrum Enteriors** | )<br>) |
|        **Garnishee.** | ) |

**CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
AND ON GARNISHEE**

This is to certify under penalty of perjury that on October 11, 2005, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Roger F. Steadman, Jr., 2777 Montana Ave, #C8, Cincinnati, OH 45211.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailing on

October 14, 2005.

    I further certify under penalty of perjury that on October 11, 2005, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Spectrum Enteriors, Attn: Human Resources, P.O. Box 17653, Erlanger, KY  41017.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

    Attached hereto is a copy of the Return of Service document evidencing service on October 17, 2005.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215
(614) 469-5715

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Certificate of Service on Judgment Debtor and on Garnishee was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 19th day of October, 2005 to:


Roger F. Steadman, Jr.
2777 Montana Ave, #C8
Cincinnati, OH 45211

Spectrum Enteriors
Attn: Human Resources
P.O. Box 17653
Erlanger, KY 41017

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\steadman, roger cert.wpd