**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roger F. Steadman, Jr.
2777 Montana Ave, #C8
Cincinnati, OH 45211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  /Roger S/  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Roger Steadman
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[USPS Cheviot postmark, Oct 14 2005]

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3100 0005 0228 0606

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Spectrum Enteriors
Attn: Human Resources
P.O. Box 17653
Erlanger, KY 41017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  L. Niemeier  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): L. Niemeier
C. Date of Delivery: 10-17-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3100 0005 0228 0613

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835