IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 OCT 19 PM 12: 13

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-468 |
| vs. | ) |
| ROGER F. STEADMAN, JR., | ) JUDGE SPIEGEL |
| aka ROGER FATE STEADMAN, | ) MAGISTRATE JUDGE HOGAN |
| SSN: XXX-XX-8429 | ) |
| Defendant, | ) |
| and | ) |
| Spectrum Enteriors | ) |
| Garnishee. | ) |

### DEFENDANT'S REQUEST FOR GARNISHMENT HEARING

√ _____ I request a hearing.

_____ I request a hearing within five (5) days.

_18 OCT 2005_                    _Roger F. Steadman_
Date                              Roger F. Steadman, Jr.
                                  2777 Montana Ave, #C8
                                  Cincinnati, OH 45205

### CERTIFICATE OF SERVICE

A true copy of the above and foregoing Defendant's Request for Garnishment Hearing was mailed to Deborah F. Sanders, Assistant United States Attorney, Southern District of Ohio, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215-2401, by first class mail, postage prepaid, this _18th_ day of _OCT_, 2005.

_Roger Steadman_
Defendant