IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 OCT 21 PM 12:06

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-468 |
| vs. | ) |
| ROGER F. STEADMAN, JR., | ) JUDGE SPIEGEL |
| aka ROGER FATE STEADMAN, | ) MAGISTRATE JUDGE HOGAN |
| SSN: XXX-XX-8429 | ) |
| Defendant, | ) |
| and | ) |
| Spectrum Enteriors | ) |
| Garnishee. | ) |

RECEIVED
OCT 19 2005
U.S. ATTORNEY - SDOH
FLU

### DEFENDANT'S REQUEST FOR GARNISHMENT HEARING

✓  I request a hearing.

____  I request a hearing within five (5) days.

18 OCT 2005
Date

Roger F. Steadman, Jr.
2777 Montana Ave, #C8
Cincinnati, OH 45205

### CERTIFICATE OF SERVICE

A true copy of the above and foregoing Defendant's Request for Garnishment Hearing was mailed to Deborah F. Sanders, Assistant United States Attorney, Southern District of Ohio, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215-2401, by first class mail, postage prepaid, this 18th day of OCT, 2005.

Defendant