IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 OCT 21 PM 4: 24

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-468 |
| vs. | ) |
| | ) |
| ROGER F. STEADMAN, JR., | ) JUDGE SPIEGEL |
| aka ROGER FATE STEADMAN, | ) MAGISTRATE JUDGE HOGAN |
| SSN: XXX-XX-8429 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Spectrum Interiors | ) |
| | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

Jean P. Robison, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A. That he/she is the **VP** (state official title, relationship, etc.) of Garnishee, Spectrum Interiors.

B. On **October 19th**, 2005, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. **✓** Yes _____ No. (If the answer is yes, complete items 1 and 2 below):

1. Debtor's pay period is **✓** weekly, _____ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. **10/16/05** ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. **10/22/05**

2. The amount of the Debtor's net wages are:
 a) Gross Pay                            720.00
 b) Federal Income Tax                    83.16
 c) F.I.C.A. Income Tax                   53.13
 d) State Income Tax                      33.27
 e) Total of tax withholdings                      169.56
 f) Net Wages ( total is (a) less total of (e))    550.44

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) ✓ Yes ___ No.

If the answer is yes, describe below.

State of Ohio Child Support Case # 7008888237 $96.29/week

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest.

___ Yes ✓ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

F.  Complete items 1 through 3 below, if applicable:

    1.  The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

        _____
        _____

    2.  The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

        _____
        _____

    3.  The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

        _____
        _____
        _____

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

    (1) Clerk U.S. District Court
    U.S. Postoffice & Courthouse, Rm #326
    Cincinnati, OH 45202

    (2) the Debtor:
Roger F. Steadman, Jr.
2777 Montana Ave, #C8
Cincinnati, OH 45205

    (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

_____
Garnishee

Subscribe and sworn to before me this 19th day of October, 2005.

ERIN JANNING
NOTARY PUBLIC
STATE AT LARGE
STATE OF KENTUCKY
MY COMMISSION EXPIRES FEB. 8, 2007

_____
Notary Public
My Commission expires: 2-8-07