UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s),

    v.

Roger F Steadman, Jr.,

    Defendant(s).

Case No. 1:00cv0468
(J. Spiegel ; Hogan, MJ)

ORDER

This matter is before the Court on defendant Steadman's request for a garnishment hearing (Doc.16). For good cause shown, defendant's request for a garnishment hearing is **GRANTED.** The garnishment hearing before the Honorable Timothy S Hogan shall take place on Thursday, November 17, 2005 at 10:30 am in Courtroom 701, Potter Stewart U.S. Courthouse Building, 100 East Fifth Street, Cincinnati, Ohio 45202.

SO ORDERED.

Date 11/2/05

awh  November 2, 2005

Timothy S. Hogan
United States Magistrate Judge

1:00cv468 dox. 18

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Roger F. Steadman, Jr.<br>2777 Montana Ave, #C8<br>Cinti, Ohio 45205 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label)  7001 2510 0008 6348 2757 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |