UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff(s),

v.                                          Case No. 1:00cv0468
                                              (J. Spiegel; Hogan M.J.)

Roger F Steadman, Jr.,
    Defendant(s).

## NOTICE

Please take notice that the above-captioned case which had been set for a Garnishment Hearing on November 17, 2005, has been reset before the Honorable Timothy S. Hogan on:

**Tuesday, December 6, 2005 at 10:30 am**

**in Courtroom 701, Potter Stewart U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio. (513) 564-7650.**

                                                Timothy S. Hogan
                                                United States Magistrate Judge

                                                S/Arthur W. Hill
                                                Arthur W. Hill
                                                Courtroom Deputy

cc:    All counsel & Pro-Se Deft
      awh      November 28, 2005

1:00cv468 doc19

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Roger F Steadman, Jr.<br>2777 Montana Ave #68<br>Cinti, Ohio 45205 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 2726 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540