| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee |
| | B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Roger F Steadman, Jr.<br>2777 Montana Ave #C8<br>Cinti, Ohio 45205 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>[Postmark: CHEVIOT WSTN, NOV 3 0 2005, USPS 45211] |
| | 3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 2726 |
| PS Form 3811, August 2001 | Domestic Return Receipt       102595-02-M-1540 |