## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) CASE NO:  C-1-00-468 |
| vs. | )<br>) |
| ROGER F. STEADMAN, JR.,<br>aka ROGER FATE STEADMAN,<br>SSN: XXX-XX-8429<br>Defendant, | ) JUDGE SPIEGEL<br>) MAGISTRATE JUDGE HOGAN<br>)<br>)<br>) |
| and | )<br>) |
| Spectrum Interiors Inc. | )<br>) |
| Garnishee. | |

### ORDER OF GARNISHMENT

This matter came on for hearing on the date of October 6, 2005 and the Court made the following findings:

A Writ of Continuing Garnishment (Doc. #11), directed to Garnishee, has been duly issued and served upon the Garnishee (Doc. #14).  Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer (Doc.# 17) to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due the Defendant and that Garnishee was indebted to Defendant in the sum of $9,815.41 as of October 5, 2005.

The Defendant requested a hearing to determine exempt property on December 6, 2005.  The matter having being resolved through telephone conference, and after having given due consideration to the parties;

**IT IS ORDERED**  that Garnishee pay the sum of 25% of the Defendant's future disposable earning (less court order child support) to Plaintiff on a weekly basis and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

Dated: 12/7/05

_____
UNITED STATES MAGISTRATE JUDGE