IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff )<br>)<br>     vs. )<br>)<br>ROGER F. STEADMAN, JR., )<br>aka ROGER FATE STEADMAN, )<br>SSN: XXX-XX-8429 )<br>      Defendant, )<br>)<br>     and )<br>)<br>Spectrum Interiors Inc. )<br>)<br>      Garnishee. | CASE NO:  C-1-00-468<br><br>JUDGE SPIEGEL<br>MAGISTRATE JUDGE HOGAN |

## ANNUAL ACCOUNTING IN GARNISHMENT

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

                          Respectfully submitted,

                          GREGORY G. LOCKHART
                          United States Attorney

                          s/Deborah F. Sanders
                          DEBORAH F. SANDERS (0043575)
                          Assistant United States Attorney
                          Two Nationwide Plaza
                          303 Marconi Boulevard, Suite 200
                          Columbus, Ohio  43215
                          (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Annual Accounting in Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 25th day of January, 2007 to:

Roger F. Steadman, Jr.
2777 Montana Ave, #C8
Cincinnati, OH  45211

Spectrum Enteriors
Attn: Human Resources
P.O. Box 17653
Erlanger, KY  41017

                                                      s/Deborah F. Sanders
                                                      DEBORAH F. SANDERS (0043575)
                                                      Assistant United States Attorney