```
RUN DATE: 24-JAN-2007                                                                              PAYMENT HISTORY REPORT                                  Report: CZ_QRYG
                                                                                                   FOR: 2000200531/001                                     PAGE: 1 OF 4

                    DEBTOR: Steadman, Roger F.
                    COURT NUMBER: C-1-00-468                                                                                                 PRIORITY CODE:
                    CURRENT LIABILITY BALANCE: $3,002.47
```

| SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0055 | PMNT | WA | 17-JAN-2006 | GR/G | Spectrum Interiors | OHS /06/069 | 63426 | | $30.16 | 06-FEB-2006 |
| 0056 | PMNT | WA | 06-FEB-2006 | GR/G | Spectrum Interiors | OHS /06/083 | 63796 | | $46.15 | 13-FEB-2006 |
| 0057 | PMNT | WA | 13-FEB-2006 | GR/G | Spectrum Interiors | OHS /06/086 | 63908 | | $42.62 | 21-FEB-2006 |
| 0058 | PMNT | WA | 21-FEB-2006 | GR/G | Spectrum Interiors | OHS /06/090 | 64037 | | $74.67 | 28-FEB-2006 |
| 0059 | PMNT | WA | 28-FEB-2006 | GR/G | Spectrum Interiors | OHS /06/094 | 64145 | | $41.60 | 07-MAR-2006 |
| 0060 | PMNT | WA | 07-MAR-2006 | GR/G | Spectrum Interiors | OHS /06/099 | 64258 | | $68.30 | 14-MAR-2006 |
| 0061 | PMNT | WA | 14-MAR-2006 | GR/G | Spectrum Interiors | OHS /06/102 | 64375 | | $31.52 | 21-MAR-2006 |
| 0062 | PMNT | WA | 21-MAR-2006 | GR/G | Spectrum Interiors | OHS /06/106 | 64481 | | $63.90 | 28-MAR-2006 |
| 0063 | PMNT | WA | 28-MAR-2006 | GR/G | Spectrum Interiors | OHS /06/107 | 64589 | | $97.79 | 04-APR-2006 |
| 0064 | PMNT | WA | 04-APR-2006 | GR/G | Spectrum Interiors | OHS /06/111 | 64714 | | $75.10 | 11-APR-2006 |
| 0065 | PMNT | WA | 11-APR-2006 | GR/G | Spectrum Interiors | OHS /06/116 | 64824 | | $81.70 | 17-APR-2006 |
| 0066 | PMNT | WA | 17-APR-2006 | GR/G | Spectrum Interiors | OHS /06/119 | 64928 | | $45.17 | 25-APR-2006 |
| 0067 | PMNT | WA | 25-APR-2006 | GR/G | Spectrum Interiors | OHS /06/125 | 65068 | | | |



GOVERNMENT EXHIBIT

```
RUN DATE: 24-JAN-2007                                    PAYMENT HISTORY REPORT                                    Report: CZ_QRYG
                                                         FOR: 2000200531/001                                       PAGE: 2 OF 4

                    DEBTOR: Steadman, Roger F.
                    COURT NUMBER: C-1-00-468                                                                       PRIORITY CODE:
CURRENT LIABILITY BALANCE: $3,002.47

FIN    FIN    COL    REC           FORM/    REC              DEPOSIT      CHECK        TRANS #    BOP              PMNT AMT    POST
SEQ    CODE   TYPE   DATE          REC BY   FROM             NO.          NO.                     DEPOSIT NO.                  DATE
----   ----   ----   -----------   ------   ------------     ----------   ---------    -------    -----------     ---------   -----------
0068   PMNT   WA     02-MAY-2006   GR/G     Spectrum Interiors   OHS /06/129   65125                                  $41.32   02-MAY-2006
0069   PMNT   WA     09-MAY-2006   GR/G     Spectrum Interiors   OHS /06/134   65282                                  $93.54   09-MAY-2006
0070   PMNT   WA     16-MAY-2006   GR/G     Spectrum Interiors   OHS /06/137   65402                                  $85.52   16-MAY-2006
0071   PMNT   WA     22-MAY-2006   GR/G     Spectrum Interiors   OHS /06/141   65491                                  $43.23   22-MAY-2006
0073   PMNT   WA     31-MAY-2006   GR/G     Spectrum Interiors   OHS /06/145   65534                                  $41.86   31-MAY-2006
0074   PMNT   WA     06-JUN-2006   GR/G     Spectrum Interiors   OHS /06/149   65695                                  $41.40   06-JUN-2006
0075   PMNT   WA     13-JUN-2006   GR/G     Spectrum Interiors   OHS /06/153   65799                                  $38.12   13-JUN-2006
0076   PMNT   WA     20-JUN-2006   GR/G     Spectrum Interiors   OHS /06/157   65895                                  $53.36   20-JUN-2006
0077   PMNT   WA     27-JUN-2006   GR/G     Spectrum Interiors   OHS /06/161   66002                                 $142.39   27-JUN-2006
0078   PMNT   WA     05-JUL-2006   GR/G     Spectrum Interiors   OHS /06/165   66066                                 $105.97   05-JUL-2006
0079   PMNT   WA     11-JUL-2006   GR/G     Spectrum Interiors   OHS /06/168   66229                                  $89.79   11-JUL-2006
0080   PMNT   WA     18-JUL-2006   GR/G     Spectrum Interiors   OHS /06/172   66342                                 $142.39   18-JUL-2006
0081   PMNT   WA     25-JUL-2006   GR/G     Spectrum Interiors   OHS /06/174   66450                                 $134.29   25-JUL-2006
0082   PMNT   WA     01-AUG-2006   GR/G     Spectrum Interiors   OHS /06/177   66540                                 $122.16   01-AUG-2006
0083   PMNT   WA     08-AUG-2006   GR/G     Spectrum Interiors   OHS /06/182   66703                                 $158.54   08-AUG-2006
0084   PMNT   WA     15-AUG-2006   GR/G     Spectrum Interiors   OHS /06/186   66824                                  $73.61   15-AUG-2006
0085   PMNT   WA     22-AUG-2006   GR/G     Spectrum Interiors   OHS /06/192   66934                                  $73.61   22-AUG-2006
0086   PMNT   WA     29-AUG-2006   GR/G     Spectrum Interiors   OHS /06/196   66990                                  $83.64   29-AUG-2006
0087   PMNT   WA     05-SEP-2006   GR/G     Spectrum Interiors   OHS /06/199   67147                                  $31.46   05-SEP-2006
0088   PMNT   WA     11-SEP-2006   GR/G     Spectrum Interiors   OHS /06/203   67251                                  $44.98   12-SEP-2006
0090   PMNT   WA     18-SEP-2006   GR/G     Spectrum Interiors   OHS /06/208   67356                                  $75.49   19-SEP-2006
0091   PMNT   WA     25-SEP-2006   GR/G     Spectrum Interiors   OHS /06/211   67452                                  $39.33   25-SEP-2006
0092   PMNT   WA     02-OCT-2006   GR/G     Spectrum Interiors   OHS /07/001   67496                                  $41.95   02-OCT-2006
0093   PMNT   WA     11-OCT-2006   GR/G     Spectrum Interiors   OHS /07/006   67693                                  $36.99   11-OCT-2006
0094   PMNT   WA     16-OCT-2006   GR/G     Spectrum Interiors   OHS /07/009   67801                                  $41.58   16-OCT-2006
0095   PMNT   WA     23-OCT-2006   GR/G     Spectrum Interiors   OHS /07/014   67904                                  $49.83   23-OCT-2006
0096   PMNT   WA     31-OCT-2006   GR/G     Spectrum Interiors   OHS /07/019   67986                                 $185.76   31-OCT-2006
0097   PMNT   WA     06-NOV-2006   GR/G     Spectrum Interiors   OHS /07/023   68098                                 $108.25   06-NOV-2006
0098   PMNT   WA     13-NOV-2006   GR/G     Spectrum Interiors   OHS /07/027   68250                                 $154.36   14-NOV-2006
0099   PMNT   WA     20-NOV-2006   GR/G     Spectrum Interiors   OHS /07/031   68342                                 $121.58   20-NOV-2006
```

```
RUN DATE: 24-JAN-2007                           PAYMENT HISTORY REPORT                                  Report: CZ_QRYG
                                                FOR: 2000200531/001                                     PAGE: 3 OF 4

                  DEBTOR: Steadman, Roger F.
              COURT NUMBER: C-1-00-468
       CURRENT LIABILITY BALANCE: $3,002.47                                                             PRIORITY CODE:

FIN   FIN   COL   REC           FORM/   REC                  DEPOSIT     CHECK    TRANS # BOP     PMNT AMT    POST
SEQ   CODE  TYPE  DATE          REC BY  FROM                 NO.         NO.      DEPOSIT NO.                 DATE
----  ----  ----  -----------   ------  ------------------   ---------   -------  -------------   ---------   -----------
0100  PMNT  WA    27-NOV-2006   GR/G    Spectrum Interiors   OHS /07/034   68387                   $170.67    28-NOV-2006
0101  PMNT  WA    05-DEC-2006   GR/G    Spectrum Interiors   OHS /07/038   68536                   $203.29    05-DEC-2006
0103  PMNT  WA    12-DEC-2006   GR/G    Spectrum Interiors   OHS /07/042   68641                   $190.25    12-DEC-2006
0104  PMNT  WA    19-DEC-2006   GR/G    Spectrum Interiors   OHS /07/046   68755                   $170.67    19-DEC-2006
0105  PMNT  WA    27-DEC-2006   GR/G    Spectrum Interiors   OHS /07/050   68864                   $123.29    27-DEC-2006
0106  PMNT  WA    05-JAN-2007   GR/G    Spectrum Interiors   OHS /07/054   68898                   $115.13    05-JAN-2007
0107  PMNT  WA    09-JAN-2007   GR/G    Spectrum Interiors   OHS /07/056   69022                   $170.67    09-JAN-2007
0108  PMNT  WA    17-JAN-2007   GR/G    Spectrum Interiors   OHS /07/060   69116                    $34.10    17-JAN-2007

                                                             Total Payments for Debtor:            4,373.05
```