**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff** <br> <br> vs. <br> <br> **ROGER F. STEADMAN, JR.,** <br> aka **ROGER FATE STEADMAN,** <br> SSN: XXX-XX-8429 <br> **Defendant,** <br> <br> **and** <br> <br> **SPECTRUM INTERIORS, INC.** <br> <br> **Garnishee.** | ) <br> ) <br> ) **CASE NO: C-1-00-468** <br> ) <br> ) <br> ) **JUDGE SPIEGEL** <br> ) **MAGISTRATE JUDGE HOGAN** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SATISFACTION OF JUDGMENT AND
TERMINATION OF GARNISHMENT**

The judgment in the above-entitled case having been paid and/or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

Pursuant to Title 18, U.S.C. § 3205(c)(9)(B), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action. Payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

Pursuant to 28 U.S.C. §3205(c)(10), the Writ of Continuing Garnishment and Garnishee Order is hereby terminated.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Blvd, Suite 200
Columbus, Ohio  43215
(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment and Termination of Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 2nd day of May, 2007 to:

Roger F. Steadman, Jr.
2777 Montana Ave, #C8
Cincinnati, OH  45211

Spectrum Interiors
Attn: Human Resources
P.O. Box 17653
Erlanger, KY  41017

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney